EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LARRY L. BUTRICK  #3910
Chief, Criminal Division

FLORENCE T. NAKAKUNI  #2286
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  florence.nakakuni@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 13 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR06 00563 DAE |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| vs. | ) | [18 U.S.C. §§ 1030(a)(2) and 1030(c)(2)(B)(ii)] |
| CHARMAINE MONIZ, | ) | |
| Defendant. | ) | |

INFORMATION

COUNTS 1-3

The United States Attorney charges that:

On or about the following dates set forth in tabular form below, the Defendant CHARMAINE MONIZ, while an employee of the Federal Bureau of Investigation, Honolulu Division, did knowingly and intentionally access a non-public computer of the Federal Bureau of Investigation in a manner that exceeded her

authorized access and thereby obtained information from the Federal Bureau of Investigation, namely, Defendant searched the Automated Case Support System using the "Universal Index" search feature for the names of several of her co-defendants charged in the Indictment, <u>United States v. Damien Kalei Hina, et al.</u>, Cr. No. 06-00194 DAE, Damien Hina, Jess Lundgren, and Eric Moniz and thereby accessed FBI reports identifying subjects of active drug investigations and other information regarding these individuals and in doing so, Defendant acted in furtherance of a criminal act in violation of the laws of the United States:

| COUNT | DATE |
|---|---|
| 1 | February 20, 2004 |
| 2 | March 17, 2004 |
| 3 | July 14, 2004 |

All in violation of Title 18, United States Code, Sections 1030(a)(2) and 1030 (c)(2)(B)(ii).

## COUNT 4

The United States Attorney charges that:

On or about July 13, 2003, Defendant CHARMAINE MONIZ, while an employee of the Federal Bureau of Investigation, Honolulu Division, did knowingly and intentionally access a non-public computer of the FBI in a manner that exceeded her authorized access and thereby obtained information from the FBI; namely, Defendant searched the Electronic Case File database and

reviewed specific documents pertaining to the drug dealing activities of Damien Kalei Hina, Jonathan Kimo Luna, and Jess Lundgren, co-defendants charged in the Indictment, <u>United States vs. Damien Kalei Hina, et al.</u>, Cr. No. 06-00194 DAE and in doing so, Defendant acted in furtherance of a criminal act in violation of the laws of the United States.

All in violation of Title 18, United States Code, Sections 1030(a)(2) and 1030 (c)(2)(B)(ii).

DATED: November 9, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

BY _____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

_____
LARRY L. BUTRICK
Chief, Criminal Division